JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALICIA MARIE RICHARDS,<br><br>　　　Debtor.<br><br>------<br><br>ALICIA MARIE RICHARDS et al.,<br><br>　　　Appellants,<br><br>　v.<br><br>RICHARD A. MARSHACK, CH. 7 TRUSTEE,<br><br>　　　Appellee. | Case No. 8:23-cv-01377-SB<br><br>FINAL JUDGMENT<br><br>Bankruptcy No.:　8:21-bk-10635-SC<br><br>BAP No.:　23-1007 |

　　　For the reasons stated in the separate order of dismissal entered this date, Debtor Alicia Marie Richards' request to proceed in forma pauperis is dismissed without prejudice as moot.

　　　This is a final judgment.


Date: December 26, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

1